UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMRON CAMPBELL,<br><br>                              Plaintiff<br><br>-against-<br><br>OFFICE OF MENTAL HEALTH, ET AL.,<br><br>                              Defendants. | 24-CV-0784 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the Court's Order of Dismissal, dated September 25, 2024, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 25, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge